IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **UNDRANECKIO BRASSFIELD, # L6103** | **PLAINTIFF** |
| v. | **CAUSE NO. 1:21-CV-21-TBM-RPM** |
| **KIMBERLY FROST, OFFICER HOLLINGSHEAD, DEPUTY WARDEN BEASLEY, CHAPLAIN POWELL, RONALD WOODALL, DR. BROCK, TIMOTHY BARNES, CAPTAIN S. LOCKART, ANTON ELLIS, and VANESSA MITCHELL** | **DEFENDANTS** |

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Order issued this date and incorporated herein by reference,

**IT IS HEREBY ORDERED AND ADJUDGED** that this cause be, and is hereby, **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 18th day of February, 2021.

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE